

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

WILL WILSON
ATTORNEY GENERAL

June 25, 1962

Honorable R. E. Swift
County Attorney
Anderson County
Palestine, Texas

Opinion No. WW-1360

Re: Whether Article 6228a-5,
Vernon's Civil Statutes,
(Senate Bill 17, Acts
1962, 57th Leg., 3rd Called
Session, p. 60, ch. 22, Sec.
1) applies to a County School
Superintendent of Public In-
structions.

Dear Mr. Swift:

In your recent letter you request our opinion upon
whether Article 6228a-5, Vernon's Civil Statutes (Senate Bill
17, Acts 1962, 57th Leg., 3rd Called Session, p. 60, ch. 22
Sec. 1) applies to a County School Superintendent of Public
Instructions.

Article 6228a-5, which is Senate Bill 17, Acts 1962,
57th Leg., 3rd Called Session, p. 60, ch. 22, Sec. 1, reads
as follows:

"Local Boards of Education of the Public
Schools of this state and the Governing Boards
of the State-supported institutions of higher
education are hereby authorized to enter into
agreements with their employees for the pur-
chase of annuities for their employees as
authorized in Section 403(b) of the Internal
Revenue Code of 1954, as amended."

The question then becomes whether the County Super-
intendent of Public Instructions is an employee of a local
Board of Education of the Public Schools of this state.

This office, in Opinion WW-1051 (1951), held that a
County School Superintendent is in fact an officer of the
State. The Court, in Webb County v. Board of School Trustees,
95 Tex. 131, 65 S.W. 878 (1901), stated:

"Though in a sense a county officer, and though called 'County Superintendent,' he is in fact the officer and agent of the State."

Therefore, you are advised that Article 6228a-5 does not apply to the County School Superintendent, as he is a state officer and not an employee of the Local Board of Education of Public Schools.

## S U M M A R Y

Article 6228a-5 does not apply to County Superintendent of Public Instructions as he is a state officer and not an employee of the Local Board of Education of Public Schools of Texas.

Very truly yours,

WILL WILSON
Attorney General of Texas

By John H. Hofmann
John H. Hofmann
Assistant

JHH:mkh:zt

APPROVED:

OPINION COMMITTEE

W. V. Geppert, Chairman

Marvin Thomas
Harry Hewell
Grady Chandler

REVIEWED FOR THE ATTORNEY GENERAL
BY: Leonard Passmore